# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:11-cv-08175-SVW-MRW | Date | June 18, 2012 |
| Title | Youngblood Timepieces Inc v. Fossil Inc et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

John Tehranian
Christopher Hamilton
Lisa Bluth
Jodie Slater Hastings

Attorneys Present for Defendants:

Anthony M. Keats
Marcellus McRae
Dennis L. Wilson
Christopher Varas
Larry W. McFarland
Jason C. Lo
Caroline Y Bussin

**Proceedings:**

[65]  MOTION for Summary Judgment Or, in the Alternative, Partial Summary Judgment filed by defendant
[72]  MOTION IN LIMINE (3) to Exclude Expert Report and Other Testimony (Oral or Written) of Steven Hastings Filed by Defendants
[84]  MOTION IN LIMINE (5) to Exclude Expert Report and Other Testimony (Oral or Written) of Jeffrey Samuels filed by Defendants
[85]  MOTION IN LIMINE (1) to Exclude Expert Report and Other Testimony (Oral or Written) of Robert Frank filed by Defendants
[86]  MOTION IN LIMINE (#1-9) to Exclude filed by Plaintiff
[89]  MOTION IN LIMINE Six (#6) to Exclude PLAINTIFF'S UNAUTHENTICATED PRINTOUTS FROM THIRD-PARTY WEBSITES filed by Defendants
[90]  MOTION IN LIMINE Seventh (#7) to Exclude Testimony of Plaintiff's Actual Confusion Witnesses filed by Defendants
[154] MOTION IN LIMINE (2) to Exclude Expert Report and Other Testimony (Oral or Written) of Elijah Anderson filed by Defendants
[194] MOTION IN LIMINE (10) to Exclude Testimony of Defendants' Damages Expert Weston Anson filed by Plaintiff
[207] MOTION IN LIMINE (4) to Exclude Expert Report and Other Testimony (Oral or Written) of Stephen Nowlis filed by Defendants

Hearing held.  The previously-scheduled trial date of June 19, 2012 is VACATED.  The Court rules as follows:

1. GRANTS summary judgment as to Macy's.  [65].
2. GRANTS partial summary judgment as to the issue of inherent distinctiveness.  [65].

|  | : | 29 |
|---|---|---|
| Initials of Preparer | | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-08175-SVW-MRW | Date | June 18, 2012 |
|---|---|---|---|
| Title | Youngblood Timepieces Inc v. Fossil Inc et al | | |

      The YOUNGBLOOD mark is primarily a surname as a matter of law. However, the Court finds that there is a triable issue as to secondary meaning.

3.   GRANTS partial summary judgment as Plaintiff's claim of *direct* infringement. [65].

    It appears to the Court that Plaintiff *may* have a claim for indirect infringement. The Court orders Defendant to file a supplemental motion for summary judgment on this issue. The Court sets the following schedule:

    Filing of defendant's Supplemental Motion for Summary Judgment . . . . . . . . . . . June 28, 2012
    Opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 5, 2012
    Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 12, 2012

    Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 16, 2012 at 1:30 p.m.

    Plaintiff is granted leave to conduct further discovery regarding the relationship between Fossil, Inc. and Diesel.

    Trial is set for July 31, 2012, at 9:00 a.m.

| | : | 29 |
|---|---|---|
| | Initials of Preparer | PMC |