```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                             ---

 4   THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE PRESIDING

 5

 6   BOBRICK WASHROOM EQUIPMENT,     )
     INC., a California Corporation,)
 7                                   )
              Plaintiff,             )
 8                                   )
        vs.                          )  No.  CV 10-6938-SVW
 9                                   )
                                     )
10   AMERICAN SPECIALTIES, INC., a  )
     NEW YORK CORPORATION,          )
11                                   )
              Defendant.             )
12   _____)
     AMERICAN SPECIALTIES, INC., a  )
13   NEW YORK CORPORATION,          )
                                     )
14            Counterclaimant,       )
                                     )
15      vs.                          )
                                     )
16   BOBRICK WASHROOM EQUIPMENT,     )
     INC., a California Corporation,)
17                                   )
              Counterdefendant.      )
18   _____)

19         REPORTER'S DAILY TRANSCRIPT OF TRIAL PROCEEDINGS
                    LOS ANGELES, CALIFORNIA
20                  MONDAY, JUNE 18, 2012

21                     STATUS CONFERENCE

22   _____

23             DEBORAH K. GACKLE, CSR, RPR
                  United States Courthouse
24         312 North Spring Street, Room 402A
              Los Angeles, California 90012
25                   (213) 620-1149
```

```
 1   APPEARANCES OF COUNSEL:
 2
 3
 4       For the Plaintiff and Counterdefendant:
 5
 6           DLA PIPER
             BY:  DAVID B. ABEL
 7           2000 Avenue of the Stars
             Suite 400 North Tower
 8           Los Angeles, California  90067
             David.abel@dlapiper.com
 9
10           DLA PIPER
             BY:  DARIUS C. GAMBINO
11           One Liberty Place
             1650 Market Street, Suite 4900
12           Philadelphia, Pennsylvania  19103
             Darius.gambino@dlapiper.com
13           William.bartow@dlapiper.com
14
15
16       For the Defendant and Counterclaimant:
17
18           DRINKER BIDDLE & REATH
             BY:  HENRY SHIELDS, JR.
19           BY:  ADAM THURSTON
             1800 Century Park East, Suite 1400
20           Los Angeles, California  90067
             (310) 203-4000
21           Henry.shields@dbr.com
22
23                        - - - - -
24
25
```

1    **LOS ANGELES, CALIFORNIA; MONDAY, JUNE 18, 2012; 4:30 P.M.**

2              - - - - -

3

4         THE CLERK: Item 8, CV 10-6938-SVW, Bobrick Washroom

5    Equipment, Incorporated versus American Specialties,

6    Incorporated.

7         Counsel, please state your appearances.

8         Mr. Ghourdjian, are you there?

9         MR. GHOURDJIAN: Yes.

10        THE CLERK: Thank you.

11        MR. GAMBINO: Good afternoon, Your Honor. Darius

12   Gambino for plaintiff Bobrick.

13        MR. ABEL: Good afternoon, Your Honor. David Abel of

14   DLA Piper for Bobrick.

15        THE COURT: This is the time for status conference.

16   This case has meandered way off the radar, and it has to draw

17   to some conclusion. As I understand where things are generally

18   now, the court-appointed expert, Mr. Ghourdjian, who is on the

19   phone -- he's not here because he relates that he was never

20   emailed about the hearing.

21        Did anyone email him about the hearing?

22        MR. THURSTON: Your Honor, the order instructed both

23   parties to give notice, and I thought I had.

24        THE COURT: Well, he says he hasn't gotten -- anyway,

25   he is on the phone, and he was assigned a task of trying to

1  retrieve defendant's emails, and in large measure, it's my
2  understanding that that has been accomplished.  There are some
3  concerns by the plaintiff as to whether every stone has been
4  unturned, so to speak.  Let me hear from the plaintiff in that
5  regard.  In other words, you have received a large number of
6  emails; isn't that correct?
7           MR. GAMBINO:  Certainly a large number have been
8  received.  There's actually two separate servers for which
9  there were back-up tapes.  There's an exchange server, which
10 has the email files on it -- what we call the PST files -- and
11 then there's the ASI-FS1 file server, which has non-email
12 information, such as Microsoft Word files, spreadsheets,
13 information such as that, so it's not just emails.
14          To date, Cagility has made four separate productions
15 of information from those back-up tapes, and none of them have
16 been correct, and they've all had to be supplemented.
17          THE COURT:  Aside from the question of the
18 completeness, what have you received so far?
19          MR. GAMBINO:  The last production that we received --
20 we've received production from both the exchange server back-up
21 tapes and from the file server back-up tapes.
22          THE COURT:  In other words, there were certain key
23 words that were used to retrieve emails, and you've received
24 emails with those -- any emails which contained some reference
25 to those key words, correct?

```
 1              MR. GAMBINO:  We have not received all of those
 2   emails.
 3              THE COURT:  When you say you haven't received "all,"
 4   what is the basis of your conclusion?
 5              MR. GAMBINO:  So to go back a little bit, somewhere
 6   along the way over the last seven months, since the trial was
 7   suspended, Cogility sent both parties the completely unsearched
 8   email files that were obtained from the back-up tapes.  In
 9   other words, every email not searched for the key words.  And
10   if Your Honor recalls, there was a dispute between the parties
11   over this, but when we received those, we ran searches.  We had
12   our I.T. people run searches on those, and we determined at
13   that point how many hits for those terms were actually in the
14   files.  And we developed our own listing of hits, which we
15   relayed as part of that whole ex parte process for that motion
16   that ASI brought, and from that we determined the actual number
17   of hits that -- of those search terms that exist in those
18   emails, and Cogility has not met with those number of search
19   terms that we've uncovered yet.
20              THE COURT:  I see.  Let me hear from the defendant.
21              MR. SHIELDS:  Your Honor, Henry Shields on behalf of
22   defendant American Specialties, Inc.  Mr. Thurston will explain
23   to the court what has been produced.
24              THE COURT:  All right.
25              MR. SHIELDS:  Including the Dennis Jackson tapes.
```

```
 1              MR. THURSTON:  Your Honor, this is Adam Thurston on
 2   behalf of ASI.  On November the 8th, 2011, my firm produced to
 3   counsel for Bobrick, in native format -- meaning in the format
 4   that they originally appear on one's computer -- the emails of
 5   Dennis Jackson, and that consisted of over 36,000 pages.
 6              THE COURT:  That was before Mr. Ghourdjian, correct?
 7              MR. THURSTON:  That is correct.  Since then,
 8   Mr. Gambino is correct that there have been a number of
 9   productions by Mr. Ghourdjian's office, and we've gone back and
10   forth with various problems that have been identified as we've
11   gone along, and it is our belief that at this point, the latest
12   production from Cogility is, in fact, a correct and accurate
13   production of the documents based upon the search terms that
14   were ordered by the court.
15              THE COURT:  The contention of the plaintiff is that
16   there is some doubt as to the completeness because plaintiff,
17   as best I understand it, engaged in some program of its own and
18   uncovered more hits than have been produced by the defendant.
19              Isn't that the argument?
20              MR. THURSTON:  That is the argument; however, it's
21   not correct, Your Honor.  As a matter of fact, we went back and
22   did a similar analysis on our own based upon the latest
23   production from Cogility, and I have here, if it would please
24   the court, the results that -- I have enough copies for
25   everyone.
```

```
 1              THE COURT:  What is it?
 2              MR. THURSTON:  It is a chart that compares, for each
 3   email -- for each person whose emails was to the searched, the
 4   number of documents containing each search term found by the
 5   Cogility production that had problems; the number of emails
 6   from that person that were reportedly found by Bobrick's
 7   counsel and submitted to the court in connection with their
 8   opposition to the ex parte, and the number of emails that -- or
 9   documents that exist in the most current revised production.
10   And what this shows is that in some cases -- there are some
11   differences, but in some cases, the latest Cogility production
12   includes more documents than what was found by Bobrick's
13   counsel, in some cases a few less and some cases the same.  And
14   I have inquired as to why this might be, and we believe that
15   the answer is as follows:  These documents, which include
16   emails and .pdf documents and various different formats of
17   documents, some of them have to go through a process called
18   optical character recognition, OCR for short, and what that
19   process is, is it is a process by which a computer using
20   software looks at an image of a document and converts that
21   image into searchable words using alphabetic characters.  In
22   other words, you might have a photocopy of a document that
23   could not be searched because it's just a picture, and it
24   converts that picture into the words on the page that can be
25   searched by one of these programs that you use to search emails
```

```
 1   and documents.
 2             And because -- it's just sort of the nature of the
 3   beast that different OCR programs will give you slightly
 4   different results, even if they're looking at the same
 5   document.
 6             THE COURT:  I think I have the gist of your position.
 7             Mr. Ghourdjian, can you hear me?
 8             MR. GHOURDJIAN:  Yes, sir.
 9             THE COURT:  In your professional view, do you believe
10   at this point that their search has been substantially
11   completed?  In other words, it may not be perfect, but are you
12   satisfied that what you were asked to accomplished you have
13   accomplished?
14             MR. GHOURDJIAN:  We're completely satisfied.  We've
15   done on our -- on our own dollar, we've done a complete
16   analysis, and I think Mr. Thurston's description of the process
17   is accurate.  Every OCR engine reaction is a little different.
18   The numbers are almost insignificant, and we believe it is --
19   this final production is accurate.
20             I would like to tell the court that the reason for
21   the four productions -- there's an explanation.  We did not get
22   one of the users originally that was in -- contained in a
23   separate email.  There's was -- and we also made a -- we
24   actually have a tool that was not behaving properly with
25   attachments and whatnot, but we reproduced that at no charge.
```

```
 1             I'm very satisfied with this result.  It is important
 2   to note that all these electronic tools do behave slightly
 3   differently -- slightly different, but I'm very satisfied.  I
 4   have a complete analysis of all the results that DLA produced
 5   and their analysis and our analysis, and I think we're almost
 6   precisely the same.
 7             THE COURT:  Thank you.  Would you hang on the phone
 8   for a while.
 9             MR. GHOURDJIAN:  Yes.
10             THE COURT:  Here's my position regarding the status
11   of things:  I think the court went to great lengths to try and
12   satisfy the requests of the plaintiff, which should have been
13   accomplished by the defendant earlier.  I noted that, and as a
14   sanction, the defendants are bearing the costs of this search.
15   At this point, principally Mr. Ghourdjian.  At this point, I am
16   satisfied that there's been substantial compliance.  This can
17   be a never-ending hunt.  I don't find that there's been any
18   hiding of the ball.  Certainly Mr. Ghourdjian would have no
19   motivation to do so, and his credentials are impeccable.
20             So I am going to set a date to resume the trial, and
21   that will be July 17th at 9:00 a.m.  Hopefully we'll be able to
22   complete the trial in those days.
23             MR. THURSTON:  Thank you, Your Honor.
24             MR. GAMBINO:  If I may be heard in response on the
25   email issue?
```

```
 1              THE COURT:  Yes.
 2              MR. GAMBINO:  You know, it's being characterized as a
 3   "couple of hits."  In one case, the DLA numbers and the
 4   Cogility numbers are off by over a thousand hits.
 5              THE COURT:  We're talking about a universe of how
 6   many hits?  How many -- what is the universe here?  30,000,
 7   20,000?  How many --
 8              MR. GAMBINO:  I don't know that there is a universe
 9   of hits, but the point is that we uncovered for this one
10   individual and this one search term, 7,855 hits --
11              THE COURT:  Mr. --
12              MR. GAMBINO:  Gambino.
13              THE COURT:   -- Gambino, I've gone as far as I can on
14   this.  Seven months of digging around with a very competent
15   court-appointed expert.  There's nothing in the Rules of Civil
16   Procedure that says you're entitled to have every stone
17   unturned.  I think we've made a good-faith effort.  That's all
18   I can do.  And we're going to resume the trial on July 17th at
19   9:00 a.m.  Thank you.
20              MR. ABEL:  Your Honor, could I have one minute,
21   please?
22              THE COURT:  Yes.
23              MR. ABEL:  David Abel on behalf of the plaintiffs.
24              I think the one thing that's missing so far in this
25   exchange is the scope of the documents that now are available
```

```
 1   to be reviewed.  There are 186,000 documents from the one file
 2   that's not -- from the document file.  There are documents off
 3   of the PST server file, which was the emails.  If we printed
 4   all of those documents out, we're looking at over a million
 5   pages of documents.
 6             THE COURT:  Are those million pages relevant?
 7             MR. ABEL:  Well, we haven't even started that because
 8   before we can even start to look at what is relevant -- and
 9   they're relevant because they have been found according to the
10   search terms that were given.  Some of them have Roval; some of
11   them have Bobrick; some of them have the various email
12   strings -- a number strings, so they're relevant because they
13   have been found in the search process.
14             THE COURT:  When were these -- there were four
15   periods of turnover.  When did you have these?
16             MR. ABEL:  The most recent one was about three weeks
17   ago that had the longer list of the documentation, and even
18   with respect to -- and that is the PST files.  With respect to
19   those, there are documents in there that are the
20   attorney-client communication, emails back and forth with the
21   attorneys and things like that.  They haven't been "clawed
22   back" or -- one of the provisions in the order was
23   attorney-client communications would be "clawed back."
24             So we have not started --
25             THE COURT:  What does "claw back" mean?
```

```
 1            MR. ABEL:  They would basically say, Yes, that
 2   document is in the production, but you have to return it and
 3   not keep a copy of it.
 4            THE COURT:  But they've given it to you to look at.
 5            MR. ABEL:  They've given it to us because the order
 6   on Cogility's search did not tell Cogility to go through and
 7   review the documents for privilege.  It said, Do the search and
 8   once the search is done, turn that information over to the
 9   respective parties.
10            THE COURT:  I mean, that is a whole different
11   question.  In other words, if there is a privilege, that issue
12   can be addressed.  You got all the raw data.
13            MR. ABEL:  We got raw data.  One of the things --
14   once we got through the point of getting all the raw data,
15   before starting the review of those million pages worth of
16   documents, we were asking for this status conference to get a
17   feel for what the court wanted to do in view of the fact that
18   going into the trial, they had produced about 13,000 pages of
19   documents altogether.  We had prepared for a trial based upon
20   defendant's producing 13,000 pages of documents.  Now we have
21   in excess of a million pages of documents that still preclude
22   privileged information, which basically is going to require
23   those things to be reviewed.
24            THE COURT:  Let me ask the defendant just for a
25   moment, because I have your argument in mind about the volume
```

1 of documents.

2 How would you respond to that? Defendant. In other
3 words, the plaintiff is saying that it has this array of
4 documents which makes it difficult to get ready for trial.

5 MR. THURSTON: Couple of things, Your Honor. First
6 of all, although it returned perhaps a million pages of
7 documents, it's important to note that the vast majority of
8 that document population is not in fact relevant. It may
9 contain a search term, but one of the search terms, for
10 example, was any word that begins with "str." So it returned a
11 great number of --

12 THE COURT: But, I mean, how would the plaintiff make
13 that first big cut? I mean, is it obvious that a great many of
14 these documents are not relevant -- I mean are the -- emails
15 are much smaller part of the universe?

16 MR. THURSTON: By combining search terms together and
17 by eliminating certain appearances of search terms, we've been
18 able to cull the population significantly. So, for example, in
19 the signature of an email, it might have -- anytime somebody
20 sent an email -- something at the bottom that automatically
21 gets inserted in there that says, My office is at 12345 G
22 Street, and because it has "str" in "street," that gets
23 returned as a hit. So what we figured out is documents that
24 have "str" but not where that appears in the word "street," and
25 that eliminated a huge swap of documents. There are ways --

```
 1              THE COURT:  Wasn't the documents -- it's been awhile
 2   since we suspended the trial, but wasn't the central theme that
 3   the plaintiff wanted to know whether the principal of the
 4   defendant engaged in some discussion about the trademark of the
 5   plaintiff?  Wasn't that it?
 6              MR. THURSTON:  Exactly right, Your Honor.
 7              THE COURT:  And the person who was being focused
 8   on -- who was that person again?
 9              MR. THURSTON:  Well, there were two:  Mr. Rolla --
10   Mr. Peter Rolla and his sister, Adrienne Rolla.
11              THE COURT:  So you're refreshing my memory.  So
12   wouldn't it stand to reason that any communications involving
13   either of those two people would be first and foremost of
14   pertinence.
15              MR. THURSTON:  Yes, Your Honor.
16              THE COURT:  Is it difficult to isolate the discovery
17   involving those names?
18              MR. THURSTON:  No, Your Honor.  Cogility has already
19   done it for us and given us a folder that just has their emails
20   by search term.
21              THE COURT:  Mr. Ghourdjian, do you agree?
22              MR. GHOURDJIAN:  Yes, Your Honor.  Every single named
23   person is -- their information is in a separate folder and was
24   delivered to both sides organized like that.
25              THE COURT:  I see.  Then I'm satisfied that the
```

```
 1  plaintiff has the ability to discover what was the central
 2  object when we continued the trial, and the trial will continue
 3  on July 17th, 9:00 a.m.  Thank you.
 4           MR. SHIELDS:  Thank you, Your Honor.
 5           MR. THURSTON:  Thank you, Your Honor.
 6           MR. GAMBINO:  Your Honor, with regard to the
 7  motion --
 8           THE COURT:  That's it.
 9           July 17th.  Thank you Mr. Ghourdjian.
10           MR. GHOURDJIAN:  Thank you, Judge.
11                           - - - - -
12
13
14                      C E R T I F I C A T E
15
16           I hereby certify that the foregoing is a true and
17  correct transcript from the stenographic record of
18  the proceedings in the foregoing matter.
19
20                                           June 19, 2012
21  /S/_____       _____
22     Deborah K. Gackle                        Date
       Official Court Reporter
23     CSR No. 7106
24
25
```

## .

.pdf [1]  7/16

## /

/S [1]  15/21

## 1

10-6938-SVW [2]  1/8 3/4
1149 [1]  1/25
12345 [1]  13/21
13,000 [2]  12/18 12/20
1400 [1]  2/19
1650 [1]  2/11
17th [4]  9/21 10/18 15/3 15/9
18 [2]  1/20 3/1
1800 [1]  2/19
186,000 [1]  11/1
19 [1]  15/20
19103 [1]  2/12

## 2

20,000 [1]  10/7
2000 [1]  2/7
2011 [1]  6/2
2012 [3]  1/20 3/1 15/20
203-4000 [1]  2/20
213 [1]  1/25

## 3

30,000 [1]  10/6
310 [1]  2/20
312 [1]  1/24
36,000 [1]  6/5

## 4

400 [1]  2/7
4000 [1]  2/20
402A [1]  1/24
4900 [1]  2/11
4:30 [1]  3/1

## 6

620-1149 [1]  1/25

## 7

7,855 [1]  10/10
7106 [1]  15/23

## 8

8th [1]  6/2

## 9

90012 [1]  1/24
90067 [2]  2/8 2/20
9:00 a.m [3]  9/21 10/19 15/3

## A

a.m [3]  9/21 10/19 15/3
ABEL [3]  2/6 3/13 10/23
ability [1]  15/1
able [2]  9/21 13/18
about [7]  3/20 3/21 10/5 11/16 12/18 12/25 14/4
accomplished [4]  4/2 8/12 8/13 9/13
according [1]  11/9
accurate [3]  6/12 8/17 8/19
actual [1]  5/16
actually [3]  4/8 5/13 8/24
ADAM [2]  2/19 6/1
addressed [1]  12/12
Adrienne [1]  14/10
afternoon [2]  3/11 3/13
again [1]  14/8

ago [1]  11/17
agree [1]  14/21
all [11]  4/16 5/1 5/3 5/24 9/2 9/4 10/17 11/4 12/12 12/14 13/6
almost [2]  8/18 9/5
along [2]  5/6 6/11
alphabetic [1]  7/21
already [1]  14/18
also [1]  8/23
although [1]  13/6
altogether [1]  12/19
am [2]  9/15 9/20
AMERICAN [4]  1/10 1/12 3/5 5/22
analysis [5]  6/22 8/16 9/4 9/5 9/5
ANGELES [5]  1/19 1/24 2/8 2/20 3/1
answer [1]  7/15
any [4]  4/24 9/17 13/10 14/12
anyone [1]  3/21
anytime [1]  13/19
anyway [1]  3/24
appear [1]  6/4
appearances [3]  2/1 3/7 13/17
appears [1]  13/24
appointed [2]  3/18 10/15
are [19]
argument [3]  6/19 6/20 12/25
around [1]  10/14
array [1]  13/3
as [16]
ASI [3]  4/11 5/16 6/2
ASI-FS1 [1]  4/11
Aside [1]  4/17
ask [1]  12/24
asked [1]  8/12
asking [1]  12/16
assigned [1]  3/25
at [15]  5/12 6/11 7/20 8/4 8/10 8/25 9/15 9/15 9/21 10/18 11/4 11/8 12/4 13/20 13/21
attachments [1]  8/25
attorney [2]  11/20 11/23
attorney-client [2]  11/20 11/23
attorneys [1]  11/21
automatically [1]  13/20
available [1]  10/25
Avenue [1]  2/7
awhile [1]  14/1

## B

back [12]  4/9 4/15 4/20 4/21 5/5 5/8 6/9 6/21 11/20 11/22 11/23 11/25
back-up [5]  4/9 4/15 4/20 4/21 5/8
ball [1]  9/18
based [3]  6/13 6/22 12/19
basically [2]  12/1 12/22
basis [1]  5/4
be [14]  4/16 7/14 7/23 7/24 8/11 9/17 9/21 9/21 9/24 11/1 11/23 12/12 12/23 14/13
bearing [1]  9/14
beast [1]  8/3
because [10]  3/19 6/16 7/23 8/2 11/7 11/9 11/12 12/5 12/25 13/22
been [17]
before [3]  6/6 11/8 12/15
begins [1]  13/10
behalf [3]  5/21 6/2 10/23
behave [1]  9/2
behaving [1]  8/24
being [2]  10/2 14/7
belief [1]  6/11
believe [3]  7/14 8/9 8/18
best [1]  6/17
between [1]  5/10
BIDDLE [1]  2/18

big [1]  13/13
bit [1]  5/5
BOBRICK [7]  1/6 1/16 3/4 3/12 3/14 6/3 11/11
Bobrick's [2]  7/6 7/12
both [4]  3/22 4/20 5/7 14/24
bottom [1]  13/20
brought [1]  5/16
but [12]  5/11 7/11 8/11 8/25 9/3 10/9 12/2 12/4 13/9 13/12 13/24 14/2

## C

Cagility [1]  4/14
CALIFORNIA [8]  1/2 1/6 1/16 1/19 1/24 2/8 2/20 3/1
call [1]  4/10
called [1]  7/17
can [7]  7/24 8/7 9/16 10/13 10/18 11/8 12/12
case [2]  3/16 10/3
cases [4]  7/10 7/11 7/13 7/13
central [3]  1/2 14/2 15/1
Century [1]  2/19
certain [2]  4/22 13/17
Certainly [2]  4/7 9/18
certify [1]  15/16
character [1]  7/18
characterized [1]  10/2
characters [1]  7/21
charge [1]  8/25
chart [1]  7/2
Civil [1]  10/15
claw [1]  11/25
clawed [2]  11/21 11/23
client [2]  11/20 11/23
Cogility [9]  5/7 5/18 6/12 6/23 7/5 7/11 10/4 12/6 14/18
Cogility's [1]  12/6
combining [1]  13/16
communication [1]  11/20
communications [2]  11/23 14/12
compares [1]  7/2
competent [1]  10/14
complete [3]  8/15 9/4 9/22
completed [1]  8/11
completely [2]  5/7 8/14
completeness [2]  4/18 6/16
compliance [1]  9/16
computer [2]  6/4 7/19
concerns [1]  4/3
conclusion [2]  3/17 5/4
conference [3]  1/21 3/15 12/16
connection [1]  7/7
consisted [1]  6/5
contain [1]  13/9
contained [2]  4/24 8/22
containing [1]  7/4
contention [1]  6/15
continue [1]  15/2
continued [1]  15/2
converts [2]  7/20 7/24
copies [1]  6/24
copy [1]  12/3
Corporation [4]  1/6 1/10 1/13 1/16
correct [9]  4/6 4/16 4/25 6/6 6/7 6/8 6/12 6/21 15/17
costs [1]  9/14
could [2]  7/23 10/20
counsel [5]  2/1 3/7 6/3 7/7 7/13
Counterclaimant [2]  1/14 2/16
Counterdefendant [2]  1/17 2/4
couple [2]  10/3 13/5
court [11]  1/1 3/18 5/23 6/14 6/24 7/7 8/20 9/11 10/15 12/17 15/22

## C

court-appointed [2]  3/18 10/15
Courthouse [1]  1/23
credentials [1]  9/19
CSR [2]  1/23 15/23
cull [1]  13/18
current [1]  7/9
cut [1]  13/13
CV [2]  1/8 3/4

## D

DAILY [1]  1/19
DARIUS [2]  2/10 3/11
Darius.gambino [1]  2/12
data [3]  12/12 12/13 12/14
date [3]  4/14 9/20 15/22
DAVID [3]  2/6 3/13 10/23
David.abel [1]  2/8
days [1]  9/22
dbr.com [1]  2/21
DEBORAH [2]  1/23 15/22
defendant [9]  1/11 2/16 5/20 5/22 6/18 9/13
 12/24 13/2 14/4
defendant's [2]  4/1 12/20
defendants [1]  9/14
delivered [1]  14/24
Dennis [2]  5/25 6/5
description [1]  8/16
determined [2]  5/12 5/16
developed [1]  5/14
did [5]  3/21 6/22 8/21 11/15 12/6
differences [1]  7/11
different [6]  7/16 8/3 8/4 8/17 9/3 12/10
differently [1]  9/3
difficult [2]  13/4 14/16
digging [1]  10/14
discover [1]  15/1
discovery [1]  14/16
discussion [1]  14/4
dispute [1]  5/10
DISTRICT [3]  1/1 1/2 1/4
DLA [5]  2/6 2/10 3/14 9/4 10/3
dlapiper.com [3]  2/8 2/12 2/13
do [7]  8/9 9/2 9/19 10/18 12/7 12/17 14/21
document [6]  7/20 7/22 8/5 11/2 12/2 13/8
documentation [1]  11/17
documents [26]
does [1]  11/25
dollar [1]  8/15
don't [2]  9/17 10/8
done [4]  8/15 8/15 12/8 14/19
doubt [1]  6/16
draw [1]  3/16
DRINKER [1]  2/18

## E

each [3]  7/2 7/3 7/4
earlier [1]  9/13
East [1]  2/19
effort [1]  10/17
either [1]  14/13
electronic [1]  9/2
eliminated [1]  13/25
eliminating [1]  13/17
email [11]  3/21 4/10 4/11 5/8 5/9 7/3 8/23
 9/25 11/11 13/19 13/20
emailed [1]  3/20
emails [18]
ending [1]  9/17
engaged [2]  6/17 14/4
engine [1]  8/17
enough [1]  6/24
entitled [1]  10/16

EQUIPMENT [3]  1/6 1/16 3/5
even [4]  8/4 11/7 11/8 11/17
every [5]  4/3 5/2 8/4 10/16 14/22
everyone [1]  6/25
ex [2]  5/15 7/8
Exactly [1]  14/6
example [2]  13/10 13/18
excess [1]  12/21
exchange [3]  4/9 4/20 10/25
exist [2]  5/17 7/9
expert [2]  3/18 10/15
explain [1]  5/22
explanation [1]  8/21

## F

fact [4]  6/12 6/21 12/17 13/8
faith [1]  10/17
far [3]  4/18 10/13 10/24
feel [1]  12/17
few [1]  7/13
figured [1]  13/23
file [5]  4/11 4/21 11/1 11/2 11/3
files [6]  4/10 4/10 4/12 5/8 5/14 11/18
final [1]  8/19
find [1]  9/17
firm [1]  6/2
first [3]  13/5 13/13 14/13
focused [1]  14/7
folder [2]  14/19 14/23
follows [1]  7/15
foregoing [2]  15/16 15/18
foremost [1]  14/13
format [2]  6/3 6/3
formats [1]  7/16
forth [2]  6/10 11/20
found [5]  7/4 7/6 7/12 11/9 11/13
four [3]  4/14 8/21 11/14
FS1 [1]  4/11

## G

GACKLE [2]  1/23 15/22
GAMBINO [5]  2/10 3/12 6/8 10/12 10/13
generally [1]  3/17
get [3]  8/21 12/16 13/4
gets [2]  13/21 13/22
getting [1]  12/14
Ghourdjian [7]  3/8 3/18 6/6 9/15 9/18 14/21
 15/9
Ghourdjian's [1]  6/9
Ghourdjian, [1]  8/7
Ghourdjian, can [1]  8/7
gist [1]  8/6
give [2]  3/23 8/3
given [4]  11/10 12/4 12/5 14/19
go [3]  5/5 7/17 12/6
going [4]  9/20 10/18 12/18 12/22
gone [3]  6/9 6/11 10/13
good [3]  3/11 3/13 10/17
good-faith [1]  10/17
got [3]  12/12 12/13 12/14
gotten [1]  3/24
great [3]  9/11 13/11 13/13

## H

had [7]  3/23 4/16 5/11 7/5 11/17 12/18 12/19
hang [1]  9/7
has [15]  3/16 3/16 4/2 4/3 4/10 4/11 4/14
 5/18 5/23 8/10 13/3 13/22 14/18 14/19 15/1
hasn't [1]  3/24
have [33]
haven't [3]  5/3 11/7 11/21
he [6]  3/19 3/19 3/24 3/24 3/25 3/25
he's [1]  3/19
hear [3]  4/4 5/20 8/7

heard [1]  9/24
hearing [2]  3/20 3/21
HENRY [2]  2/18 5/21
Henry.shields [1]  2/21
here [3]  3/19 6/23 10/6
Here's [1]  9/10
hereby [1]  15/16
hiding [1]  9/18
him [1]  3/21
his [2]  9/19 14/10
hit [1]  13/23
hits [9]  5/13 5/14 5/17 6/18 10/3 10/4 10/6
 10/9 10/10
Honor [17]
HONORABLE [1]  1/4
Hopefully [1]  9/21
how [6]  5/13 10/5 10/6 10/7 13/2 13/12
however [1]  6/20
huge [1]  13/25
hunt [1]  9/17

## I

I'm [3]  9/1 9/3 14/25
I've [1]  10/13
I.T [1]  5/12
identified [1]  6/10
if [6]  5/10 6/23 8/4 9/24 11/3 12/11
image [2]  7/20 7/21
impeccable [1]  9/19
important [2]  9/1 13/7
in [43]
INC [5]  1/6 1/10 1/12 1/16 5/22
include [1]  7/15
includes [1]  7/12
Including [1]  5/25
Incorporated [2]  3/5 3/6
individual [1]  10/10
information [6]  4/12 4/13 4/15 12/8 12/22
 14/23
inquired [1]  7/14
inserted [1]  13/21
insignificant [1]  8/18
instructed [1]  3/22
into [3]  7/21 7/24 12/18
involving [2]  14/12 14/17
is [44]
isn't [2]  4/6 6/19
isolate [1]  14/16
issue [2]  9/25 12/11
it [30]
it's [8]  4/1 4/13 6/20 7/23 8/2 10/2 13/7 14/1
Item [1]  3/4
its [1]  6/17

## J

Jackson [2]  5/25 6/5
JR [1]  2/18
JUDGE [2]  1/4 15/10
July [4]  9/21 10/18 15/3 15/9
July 17th [4]  9/21 10/18 15/3 15/9
JUNE [3]  1/20 3/1 15/20
just [5]  4/13 7/23 8/2 12/24 14/19

## K

keep [1]  12/3
key [3]  4/22 4/25 5/9
know [3]  10/2 10/8 14/3

## L

large [3]  4/1 4/5 4/7
last [2]  4/19 5/6
latest [3]  6/11 6/22 7/11
lengths [1]  9/11
less [1]  7/13

## L

**Let** [3]  4/4 5/20 12/24
**Liberty** [1]  2/11
**like** [3]  8/20 11/21 14/24
**list** [1]  11/17
**listing** [1]  5/14
**little** [2]  5/5 8/17
**longer** [1]  11/17
**look** [2]  11/8 12/4
**looking** [2]  8/4 11/4
**looks** [1]  7/20
**LOS** [5]  1/19 1/24 2/8 2/20 3/1

## M

**made** [3]  4/14 8/23 10/17
**majority** [1]  13/7
**make** [1]  13/12
**makes** [1]  13/4
**many** [5]  5/13 10/6 10/6 10/7 13/13
**Market** [1]  2/11
**matter** [2]  6/21 15/18
**may** [3]  8/11 9/24 13/8
**me** [4]  4/4 5/20 8/7 12/24
**mean** [5]  11/25 12/10 13/12 13/13 13/14
**meandered** [1]  3/16
**meaning** [1]  6/3
**measure** [1]  4/1
**memory** [1]  14/11
**met** [1]  5/18
**Microsoft** [1]  4/12
**might** [3]  7/14 7/22 13/19
**million** [5]  11/4 11/6 12/15 12/21 13/6
**mind** [1]  12/25
**minute** [1]  10/20
**missing** [1]  10/24
**moment** [1]  12/25
**MONDAY** [2]  1/20 3/1
**months** [2]  5/6 10/14
**more** [2]  6/18 7/12
**most** [2]  7/9 11/16
**motion** [2]  5/15 15/7
**motivation** [1]  9/19
**Mr** [5]  3/8 6/9 8/7 10/11 14/10
**Mr.** [10]  3/18 5/22 6/6 6/8 8/16 9/15 9/18 14/9 14/21 15/9
**Mr. Gambino** [1]  6/8
**Mr. Ghourdjian** [6]  3/18 6/6 9/15 9/18 14/21 15/9
**Mr. Rolla** [1]  14/9
**Mr. Thurston** [1]  5/22
**Mr. Thurston's** [1]  8/16
**much** [1]  13/15
**my** [5]  4/1 6/2 9/10 13/21 14/11

## N

**named** [1]  14/22
**names** [1]  14/17
**native** [1]  6/3
**nature** [1]  8/2
**never** [2]  3/19 9/17
**never-ending** [1]  9/17
**NEW** [2]  1/10 1/13
**no** [5]  1/8 8/25 9/18 14/18 15/23
**non** [1]  4/11
**non-email** [1]  4/11
**none** [1]  4/15
**North** [2]  1/24 2/7
**not** [17]
**note** [2]  9/2 13/7
**noted** [1]  9/13
**nothing** [1]  10/15
**notice** [1]  3/23
**November** [1]  6/2

**now** [3]  3/18 10/25 12/20
**number** [10]  4/5 4/7 5/16 5/18 6/8 7/4 7/5 7/8 11/12 13/11
**numbers** [3]  8/18 10/3 10/4

## O

**object** [1]  15/2
**obtained** [1]  5/8
**obvious** [1]  13/13
**OCR** [3]  7/18 8/3 8/17
**off** [3]  3/16 10/4 11/2
**office** [2]  6/9 13/21
**Official** [1]  15/22
**on** [20]
**once** [2]  12/8 12/14
**one** [13]  2/11 7/25 8/22 10/3 10/9 10/10 10/20 10/24 11/1 11/16 11/22 12/13 13/9
**one's** [1]  6/4
**opposition** [1]  7/8
**optical** [1]  7/18
**or** [2]  7/8 11/22
**order** [3]  3/22 11/22 12/5
**ordered** [1]  6/14
**organized** [1]  14/24
**originally** [2]  6/4 8/22
**other** [7]  4/5 4/22 5/9 7/22 8/11 12/11 13/2
**our** [7]  5/12 5/14 6/11 6/22 8/15 8/15 9/5
**out** [2]  11/4 13/23
**over** [6]  5/6 5/11 6/5 10/4 11/4 12/8
**own** [4]  5/14 6/17 6/22 8/15

## P

**P.M** [1]  3/1
**page** [1]  7/24
**pages** [8]  6/5 11/5 11/6 12/15 12/18 12/20 12/21 13/6
**Park** [1]  2/19
**part** [2]  5/15 13/15
**parte** [2]  5/15 7/8
**parties** [4]  3/23 5/7 5/10 12/9
**Pennsylvania** [1]  2/12
**people** [2]  5/12 14/13
**perfect** [1]  8/11
**perhaps** [1]  13/6
**periods** [1]  11/15
**person** [5]  7/3 7/6 14/7 14/8 14/23
**pertinence** [1]  14/14
**Peter** [1]  14/10
**Philadelphia** [1]  2/12
**phone** [3]  3/19 3/25 9/7
**photocopy** [1]  7/22
**picture** [2]  7/23 7/24
**PIPER** [3]  2/6 2/10 3/14
**Place** [1]  2/11
**plaintiff** [13]  1/7 2/4 3/12 4/3 4/4 6/15 6/16 9/12 13/3 13/12 14/3 14/5 15/1
**plaintiffs** [1]  10/23
**please** [3]  3/7 6/23 10/21
**point** [7]  5/13 6/11 8/10 9/15 9/15 10/9 12/14
**population** [2]  13/8 13/18
**position** [2]  8/6 9/10
**precisely** [1]  9/6
**preclude** [1]  12/21
**prepared** [1]  12/19
**PRESIDING** [1]  1/4
**principal** [1]  14/3
**principally** [1]  9/15
**printed** [1]  11/3
**privilege** [2]  12/7 12/11
**privileged** [1]  12/22
**problems** [2]  6/10 7/5
**Procedure** [1]  10/16
**proceedings** [2]  1/19 15/18

**process** [6]  5/15 7/17 7/19 7/19 8/16 11/13
**produced** [5]  5/23 6/2 6/18 9/4 12/18
**producing** [1]  12/20
**production** [10]  4/19 4/20 6/12 6/13 6/23 7/5 7/9 7/11 8/19 12/2
**productions** [3]  4/14 6/9 8/21
**professional** [1]  8/9
**program** [1]  6/17
**programs** [2]  7/25 8/3
**properly** [1]  8/24
**provisions** [1]  11/22
**PST** [3]  4/10 11/3 11/18

## Q

**question** [2]  4/17 12/11

## R

**radar** [1]  3/16
**ran** [1]  5/11
**raw** [3]  12/12 12/13 12/14
**reaction** [1]  8/17
**ready** [1]  13/4
**reason** [2]  8/20 14/12
**REATH** [1]  2/18
**recalls** [1]  5/10
**received** [9]  4/5 4/8 4/18 4/19 4/20 4/23 5/1 5/3 5/11
**recent** [1]  11/16
**recognition** [1]  7/18
**record** [1]  15/17
**reference** [1]  4/24
**refreshing** [1]  14/11
**regard** [2]  4/5 15/6
**regarding** [1]  9/10
**relates** [1]  3/19
**relayed** [1]  5/15
**relevant** [6]  11/6 11/8 11/9 11/12 13/8 13/14
**reportedly** [1]  7/6
**Reporter** [1]  15/22
**REPORTER'S** [1]  1/19
**reproduced** [1]  8/25
**requests** [1]  9/12
**require** [1]  12/22
**respect** [2]  11/18 11/18
**respective** [1]  12/9
**respond** [1]  13/2
**response** [1]  9/24
**result** [1]  9/1
**results** [3]  6/24 8/4 9/4
**resume** [2]  9/20 10/18
**retrieve** [2]  4/1 4/23
**return** [1]  12/2
**returned** [3]  13/6 13/10 13/23
**review** [2]  12/7 12/15
**reviewed** [2]  11/1 12/23
**revised** [1]  7/9
**right** [2]  5/24 14/6
**Rolla** [3]  14/9 14/10 14/10
**Room** [1]  1/24
**Roval** [1]  11/10
**RPR** [1]  1/23
**Rules** [1]  10/15
**run** [1]  5/12

## S

**said** [1]  12/7
**same** [3]  7/13 8/4 9/6
**sanction** [1]  9/14
**satisfied** [6]  8/12 8/14 9/1 9/3 9/16 14/25
**satisfy** [1]  9/12
**say** [2]  5/3 12/1
**saying** [1]  13/3
**says** [3]  3/24 10/16 13/21
**scope** [1]  10/25

**S**

search [18]
searchable [1]  7/21
searched [4]  5/9 7/3 7/23 7/25
searches [2]  5/11 5/12
see [2]  5/20 14/25
sent [2]  5/7 13/20
separate [4]  4/8 4/14 8/23 14/23
server [5]  4/9 4/11 4/20 4/21 11/3
servers [1]  4/8
set [1]  9/20
seven [2]  5/6 10/14
SHIELDS [2]  2/18 5/21
short [1]  7/18
should [1]  9/12
shows [1]  7/10
sides [1]  14/24
signature [1]  13/19
significantly [1]  13/18
similar [1]  6/22
since [3]  5/6 6/7 14/2
single [1]  14/22
sir [1]  8/8
sister [1]  14/10
slightly [3]  8/3 9/2 9/3
smaller [1]  13/15
so [14]  4/4 4/13 4/18 5/5 9/19 9/20 10/24 11/12 11/24 13/10 13/18 13/23 14/11 14/11
software [1]  7/20
some [15]  3/17 4/2 4/24 6/16 6/17 7/10 7/10 7/11 7/13 7/13 7/17 11/10 11/10 11/11 14/4
somebody [1]  13/19
something [1]  13/20
somewhere [1]  5/5
sort [1]  8/2
speak [1]  4/4
SPECIALTIES [4]  1/10 1/12 3/5 5/22
spreadsheets [1]  4/12
Spring [1]  1/24
stand [1]  14/12
Stars [1]  2/7
start [1]  11/8
started [2]  11/7 11/24
starting [1]  12/15
state [1]  3/7
STATES [2]  1/1 1/23
status [4]  1/21 3/15 9/10 12/16
stenographic [1]  15/17
STEPHEN [1]  1/4
still [1]  12/21
stone [2]  4/3 10/16
str [3]  13/10 13/22 13/24
street [5]  1/24 2/11 13/22 13/22 13/24
strings [2]  11/12 11/12
submitted [1]  7/7
substantial [1]  9/16
substantially [1]  8/10
such [2]  4/12 4/13
Suite [3]  2/7 2/11 2/19
supplemented [1]  4/16
suspended [2]  5/7 14/2
SVW [2]  1/8 3/4
swap [1]  13/25

**T**

talking [1]  10/5
tapes [6]  4/9 4/15 4/21 4/21 5/8 5/25
task [1]  3/25
tell [2]  8/20 12/6
term [4]  7/4 10/10 13/9 14/20
terms [8]  5/13 5/17 5/19 6/13 11/10 13/9 13/16 13/17

than [2]  6/18 7/12
Thank [9]  3/10 9/7 9/23 10/19 15/3 15/4 15/5 15/9 15/10
that [93]
that's [4]  10/17 10/24 11/2 15/8
their [5]  7/7 8/10 9/5 14/19 14/23
them [5]  4/15 7/17 11/10 11/11 11/11
theme [1]  14/2
then [3]  4/11 6/7 14/25
there [18]
there's [8]  4/8 4/9 4/11 8/21 8/23 9/16 9/17 10/15
these [6]  7/15 7/25 9/2 11/14 11/15 13/14
they [6]  6/4 11/9 11/12 11/21 12/1 12/18
they're [3]  8/4 11/9 11/12
they've [3]  4/16 12/4 12/5
thing [1]  10/24
things [6]  3/17 9/11 11/21 12/13 12/23 13/5
think [6]  8/6 8/16 9/5 9/11 10/17 10/24
this [20]
those [18]
thought [1]  3/23
thousand [1]  10/4
three [1]  11/16
through [3]  7/17 12/6 12/14
THURSTON [3]  2/19 5/22 6/1
Thurston's [1]  8/16
time [1]  3/15
together [1]  13/16
tool [1]  8/24
tools [1]  9/2
Tower [1]  2/7
trademark [1]  14/4
transcript [2]  1/19 15/17
trial [11]  1/19 5/6 9/20 9/22 10/18 12/18 12/19 13/4 14/2 15/2 15/2
true [1]  15/16
try [1]  9/11
trying [1]  3/25
turn [1]  12/8
turnover [1]  11/15
two [3]  4/8 14/9 14/13

**U**

U.S [1]  1/4
uncovered [3]  5/19 6/18 10/9
understand [2]  3/17 6/17
understanding [1]  4/2
UNITED [2]  1/1 1/23
universe [4]  10/5 10/6 10/8 13/15
unsearched [1]  5/7
unturned [2]  4/4 10/17
up [5]  4/9 4/15 4/20 4/21 5/8
upon [3]  6/13 6/22 12/19
us [3]  12/5 14/19 14/19
use [1]  7/25
used [1]  4/23
users [1]  8/22
using [2]  7/19 7/21

**V**

various [3]  6/10 7/16 11/11
vast [1]  13/7
versus [1]  3/5
very [3]  9/1 9/3 10/14
view [2]  8/9 12/17
volume [1]  12/25

**W**

wanted [2]  12/17 14/3
was [18]
WASHROOM [3]  1/6 1/16 3/4
wasn't [3]  14/1 14/2 14/5
way [2]  3/16 5/6

ways [1]  13/25
we [30]
we'll [1]  9/21
we're [5]  8/14 9/5 10/5 10/18 11/4
we've [8]  4/20 5/19 6/9 6/10 8/14 8/15 10/17 13/17
weeks [1]  11/16
Well [3]  3/24 11/7 14/9
went [2]  6/21 9/11
were [13]  4/9 4/22 4/23 5/8 5/13 6/14 7/6 8/12 11/10 11/14 11/14 12/16 14/9
what [15]  4/10 4/18 5/4 5/23 7/1 7/10 7/12 7/18 8/12 10/6 11/8 11/25 12/17 13/23 15/1
whatnot [1]  8/25
when [5]  5/3 5/11 11/14 11/15 15/2
where [2]  3/17 13/24
whether [2]  4/3 14/3
which [11]  4/8 4/9 4/11 4/24 5/14 7/15 7/19 9/12 11/3 12/22 13/4
while [1]  9/8
who [3]  3/18 14/7 14/8
whole [2]  5/15 12/10
whose [1]  7/3
why [1]  7/14
will [4]  5/22 8/3 9/21 15/2
William.bartow [1]  2/13
WILSON [1]  1/4
word [3]  4/12 13/10 13/24
words [12]  4/5 4/22 4/23 4/25 5/9 5/9 7/21 7/22 7/24 8/11 12/11 13/3
worth [1]  12/15
would [9]  6/23 8/20 9/7 9/18 11/23 12/1 13/2 13/12 14/13
wouldn't [1]  14/12

**Y**

Yes [8]  3/9 8/8 9/9 10/1 10/22 12/1 14/15 14/22
yet [1]  5/19
YORK [2]  1/10 1/13
you [30]
you're [2]  10/16 14/11
you've [1]  4/23
your [22]